UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:  
    EARNEST R JONES  
    ARNELLA T JONES  
        Debtors

Case No. 05-45736

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/07/2005.

2) The plan was confirmed on 05/12/2006.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 12/17/2008.

5) The case was converted on 02/16/2009.

6) Number of months from filing to last payment: 35.

7) Number of months case was pending: 44.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $ 19,510.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case may not have cleared the bank.

**UST Form 101-13-FR-S (4/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $32,395.68 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $32,395.68

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $1,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,305.40 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $2,805.40

Attorney fees paid and disclosed by debtor:      $1,200.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ADT SECURITY SERVICE | Unsecured | 285.00 | NA | NA | 0.00 | 0.00 |
| AFNI/VERIZON | Unsecured | 461.00 | 377.84 | 377.84 | 88.39 | 0.00 |
| AMC MORTGAGE SERVICES | Secured | 19,319.65 | 3,611.39 | 3,611.39 | 3,611.39 | 0.00 |
| AMC MORTGAGE SERVICES | Secured | NA | NA | NA | 0.00 | 0.00 |
| AMERICAN CASH N GO | Unsecured | 1,217.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 800.00 | 812.57 | 812.57 | 190.09 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 6,421.00 | NA | NA | 0.00 | 0.00 |
| AT&T MOBILITY LLC | Unsecured | 183.00 | NA | NA | 0.00 | 0.00 |
| CAMBRIDGE AT HEATHERSTONE | Secured | 3,128.87 | 322.15 | 322.15 | 322.15 | 199.46 |
| CAPITAL ONE AUTO FINANCE | Secured | 11,285.00 | 11,285.00 | 11,285.00 | 11,285.00 | 1,419.27 |
| CAPITAL ONE AUTO FINANCE | Unsecured | NA | 1,705.98 | 1,705.98 | 399.11 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 1,715.00 | 2,540.76 | 2,540.76 | 594.36 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 2,563.00 | 3,273.34 | 3,273.34 | 765.75 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 958.00 | 1,120.18 | 1,120.18 | 262.04 | 0.00 |
| CAPITAL ONE FINANCIAL | Unsecured | 1,650.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE FINANCIAL | Unsecured | 683.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE FINANCIAL | Unsecured | 2,339.00 | NA | NA | 0.00 | 0.00 |
| CFC FINANCIAL LLC | Unsecured | 813.00 | NA | NA | 0.00 | 0.00 |
| CONDELL MEDICAL CENTER | Unsecured | 357.00 | NA | NA | 0.00 | 0.00 |
| DIRECT TV | Unsecured | 292.00 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 1,083.00 | 1,083.90 | 1,083.90 | 253.58 | 0.00 |
| FABIAN LATOCHA MD | Unsecured | 180.00 | NA | NA | 0.00 | 0.00 |
| FASHION BUG | Unsecured | 683.00 | NA | NA | 0.00 | 0.00 |
| FCNB | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 275.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 492.00 | NA | NA | 0.00 | 0.00 |
| GC SERVICES | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| GREAT AMERICAN FINANCE | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| GREAT AMERICAN FINANCE | Secured | 800.00 | 800.00 | 800.00 | 800.00 | 100.62 |
| HSBC | Unsecured | 1,003.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE | Unsecured | 813.00 | 795.95 | 795.95 | 186.20 | 0.00 |

**UST Form 101-13-FR-S (4/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| INTERNAL REVENUE SERVICE A-K | Unsecured | NA | 5,744.98 | 5,744.98 | 1,343.98 | 0.00 |
| INTERNAL REVENUE SERVICE A-K | Priority | 8,000.00 | 2,528.35 | 2,528.35 | 2,528.35 | 0.00 |
| KENNETH MARGULES MD | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| LAKE COUNTY ANESTHESIOLOGY | Unsecured | 172.00 | NA | NA | 0.00 | 0.00 |
| LAKE COUNTY CIRCUIT COURT | Unsecured | 1,245.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL ASSET MANAGEMENT | Unsecured | 476.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 332.00 | NA | NA | 0.00 | 0.00 |
| ORAL SURGEONS OF LAKE CO | Unsecured | 344.00 | NA | NA | 0.00 | 0.00 |
| ORTHOPEDIC CENTER OF LAKE | Unsecured | 199.00 | NA | NA | 0.00 | 0.00 |
| OSI COLLECTION SERVICES | Unsecured | 889.00 | 1,186.88 | 1,186.88 | 146.06 | 0.00 |
| PITNEY BOWES | Unsecured | 385.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 1,187.00 | NA | NA | 0.00 | 0.00 |
| PROGENCY MARKETING | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| PROVENO MEDICAL CENTER | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| REMEDY THERAPEUDICS | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| RENT A CENTER | Secured | 1,360.00 | 1,360.00 | 1,360.00 | 1,360.00 | 171.04 |
| ROUNDUP FUNDING LLC | Unsecured | 1,925.00 | 1,887.82 | 1,887.82 | 441.64 | 0.00 |
| SCHECK & SIRESS INC | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| ST THERESA HOSPITAL | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| TARGET NATIONAL BANK | Unsecured | 1,042.00 | 1,088.51 | 1,088.51 | 254.65 | 0.00 |
| TRIAD FINANCIAL CORP | Unsecured | 3,971.00 | 8,301.97 | 8,301.97 | 1,942.15 | 0.00 |
| TRUELOGIC FINANCIAL CORP | Unsecured | 88.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL INC | Secured | 750.00 | 750.00 | 750.00 | 750.00 | 94.33 |
| WELLS FARGO FINANCIAL INC | Unsecured | NA | 484.39 | 484.39 | 80.67 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $3,611.39 | $3,611.39 | $0.00 |
| Debt Secured by Vehicle | $11,285.00 | $11,285.00 | $1,419.27 |
| All Other Secured | $3,232.15 | $3,232.15 | $565.45 |
| **TOTAL SECURED:** | **$18,128.54** | **$18,128.54** | **$1,984.72** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $2,528.35 | $2,528.35 | $0.00 |
| **TOTAL PRIORITY**: | **$2,528.35** | **$2,528.35** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$30,405.07** | **$6,948.67** | **$0.00** |

UST Form 101-13-FR-S (4/1/2009)

| Disbursements: | |
|---|---:|
| Expenses of Administration | $2,805.40 |
| Disbursements to Creditors | $29,590.28 |
| **TOTAL DISBURSEMENTS** : | **$32,395.68** |

    12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 05/26/2009       By: /s/ Glenn Stearns
                                                                         Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (4/1/2009)**